IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TOWSON CIRCLE JOINT VENTURE, LLP, | * |
| Plaintiff, | * |
| v. | * Civil Action No. L 99-2529 |
| XANDO INCORPORATED, | * |
| Defendant. | * |

* * * * * * * * * * *     * * * * * * * * * *

| | |
|---|---|
| CORDISH HOMEWOOD APARTMENTS RETAIL FACILITY, LLC, | * |
| Plaintiff, | * |
| v. | * Civil Action No. L 00-0015 |
| XANDO INCORPORATED, | * |
| Defendants. | * |

* * * * * * * * * *     * * * * * * * * * *

### ORDER

Upon consideration of the motion of Plaintiffs Towson Circle Joint Venture, LLP, and Cordish Homewood Apartments Retail Facility, LLC, it is this 15 day of March, 2000, by the United States District Court for the District of Maryland, ORDERED, that the time, established by this Court's Orders of February 16, 2000, in which a party to these cases, or either of them, may move for good cause

to re-open these actions, or either of them, if settlement is not consummated, is extended to and including Monday, April 17, 2000, all other aspects of the Court's February 16, 2000, Orders remaining unchanged.

_____
Benson Everett Legg
United States District Judge

K9955